# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 7:05-cr-5 (HL) |
| | : | |
| **NICKY TAMPAS,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

By letter dated May 3, 2006, Defendant, Nicky Tampas, has moved the Court to defer the date on which he is required to report to the Bureau of Prisons to begin serving his sentence. Tampas has received notice to report on May 19, 2006, but requests an additional 60 days in which to complete certain activities related to the sale of his house and in order to obtain new housing for his family. Defendant's request is granted. Defendant shall have an additional 60 days from the date of May 19, 2006, in which to report to the Bureau of Prisons. Defendant is advised to use the additional time efficiently as no additional extensions will be granted.

**SO ORDERED**, this the 4th day of May, 2006.

s/      Hugh Lawson
**HUGH LAWSON, JUDGE**

mls